IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:23-cr-00462 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| vs. | ) | |
| | ) | |
| TERREZ WILSON, | ) | **DEFENDANT'S MOTION TO** |
| | ) | **TRANSFER TO FEDERAL** |
| Defendant. | ) | **CUSTODY** |
| | ) | |

Now come the Defendant Terrez Wilson, by and through his undersigned counsel Marisa L. Serrat, and hereby respectfully requests this Honorable Court to transfer Mr. Wilson from the Cuyahoga County Jail to the federal custody of the U.S. Marshals.

On December 4, 2023, Honorable Magistrate Judge James E. Grimes Jr. signed a Writ of Habeas Corpus ad Prosequendum to the Cuyahoga County Corrections Center stating:

> We command that you have the body of Terrez Wilson, DOB: *********, SSN: **********, now detained and within the custody of the Cuyahoga County Corrections Center, as it is said, under safe and secure conduct, before the United States District Court for the Northern District of Ohio, EASTERN Division, at Cleveland, Ohio, on Tuesday, December 5, 2023, at 2:00 p.m., before the Honorable Magistrate Judge James E. Grimes Jr. for an Arraignment on an Indictment in the United States District Court, Northern District of Ohio, EASTERN Division, charging a violation of Title 18, United States Code, 371 and 922(o), and for such other and further court proceedings as this Court may deem proper, and that immediately after the said defendant completes this and any future Court proceedings relative to this case, you return to the said state institution under safe and secure conduct. This Writ shall remain in full force and effect until final completion of said case in this District Court, and have you then and there this Writ.

(Writ, R. 63, PID 278-9). Mr. Wilson appeared before Magistrate Judge James Grimes on December 5, 2023 and was remanded to the custody of the U.S. Marshal. Upon being remanded

1

to the U.S. Marshals service pending the duration of his federal case, Mr. Wilson was returned to the custody at the Cuyahoga County Jail, a facility that is not a designated U.S. Marshal facility. Once ordered into custody by a United States District Court, the U.S. Marshals Service assumes responsibility for all prisoners charged with a federal offense.

Mr. Wilson should have been remanded to federal custody until "he completes…any future Court proceedings relative to this case" or the state of Ohio files a Writ of Habeas Corpus ad Prosequendum returning him to state custody. In addition, while in federal custody, Mr. Wilson will have better access to federal legal materials to assist him in his defense.

Based upon the foregoing, Defendant Terrez Wilson respectfully requests this Honorable Court to grant the defense's request to transfer him to federal custody.

Respectfully Submitted,

s/ Marisa L. Serrat
**JAIME P. SERRAT LLC**
Marisa L. Serrat, (#0088840)
Attorney for Defendant
55 Public Square
2100 Illuminating Building
Cleveland, OH 44113
(216) 696-2150; (216) 696-1718- fax
MSerratlaw@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>Respectfully Submitted,
>
>s/ Marisa L. Serrat
>**JAIME P. SERRAT LLC**
>Marisa L. Serrat, (#0088840)
>Attorney for Defendant